Tamara D. DeHaan, Esq., 113932
LAW OFFICES OF TAMARA D. DeHAAN
444 West C Street, Suite 350
San Diego, CA 92101-3533
PH: (619) 544-0715
FAX: (619) 544-1214

Attorney for Material Witness/es

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADRIAN TEJADA-GARDUZA,<br>Material Witness. | Case No. 08mj8512<br><br>NOTICE OF MOTION AND MOTION FOR ORDER SHORTENING TIME<br><br>DATE: 8/08/08<br>TIME: 10:00 a.m.<br>JUDGE: Peter C. Lewis |

TO KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO THE ATTORNEYS OF RECORD FOR THE DEFENDANTS NAMED IN CRIMINAL CASE NO. 08cr1696-H, CARLOS RAMOS-GALDAMEZ and JOUANNI FRANCISCO PEREZ-TINOCO:

PLEASE TAKE NOTICE that on August 8, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, material witness ADRIAN TEJADA-GARDUZA (hereinafter, “Material Witness”) by the through his counsel, Tamara D. DeHaan, will bring a motion for an order to shorten time to file a motion to set a videotaped deposition of the Material Witness.

<u>MOTION</u>

The Material Witness, ADRIAN TEJADA-GARDUZA, by and through his counsel, Tamara D. DeHaan, Esq., and pursuant to Federal Rules of Criminal Procedure, Rules 28, 29, and 30, hereby moves this court for an order shortening time for filing and serving a notice of motion and motion to take his

deposition by videotape, to one (1) day, to be heard on August 8, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard.

The motion for an order to shorten time is based on the fact the Material Witness is unable to meet any condition of bail, and has been in custody since June 4, 2008. If this motion is not heard at the earliest possible date, and prior to a date with the usually required notice, the incarcerated Material Witness will languish in custody for an excessive period of time in contravention of his legal rights.

This motion is based upon this Notice, the Declaration of Tamara D. DeHaan, Esq., the files and records in the above-entitled cause, and any and all other information that may be brought to the Court's attention prior to or during the hearing on this motion.

Respectfully submitted,

DATED: August 1, 2008 LAW OFFICES OF TAMARA D. DeHAAN

By: s/Tamara D. DeHaan
Tamara D. DeHaan

Attorney for Material Witnesses

Tamara D. DeHaan, Esq., #113932
LAW OFFICES OF TAMARA D. DeHAAN
444 West C Street, Suite 350
San Diego, CA 92101-3533
Ph: (619) 544-0715
Fax: (619) 544-1215

Attorney for Material Witness/es

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Honorable Peter C. Lewis)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADRIAN TEJADA-GARDUZA, et al.,<br>Material Witnesses. | Criminal Case No. 08mj8512<br>DECLARATION OF SERVICE<br>Person/s Served: Gary Burcham, Esq.<br>Stephen Demik, ESq.<br>And U.S. Attorney<br>Date of Service: August 1, 2008 |

Under penalty of perjury, I declare:

1. I am an attorney duly licensed to practice law in the State of California. I am admitted to practice before the United States District Court for the Southern District of California. I am over the age of eighteen years and not a party to this action.

2. On Augsut 1, 2008, I served the above-named person/s with the following documents:

Notice of Motion and Motion for Order Shortening Time, Notice of Motion and Motion to Set Video Taped Depositions of Material Witnesses and Statement for Reasons of Continued Custody, Declaration of Tamara D. DeHaan, Esq. in Support of Motion, and Memorandum of Points and Authorities in Support of Motion

3. Service was effected by e-filing the documents with the Southern District Court via CM/ECF.

Executed on August 1, 2008, at San Diego, California.

s/Tamara D. DeHaan
Tamara D. DeHaan, Esq. - Declarant