UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Adrian Tejada-Garduza

Defendant(s)

CRIMINAL NO. 08mj 8510

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted O/R / Case Disposed / Order of Court).

Adrian Tejada-Garduza
True Name: Juana Flores

DATED: 8/20/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ________________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082