UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 AUG 21 PM 2:14

UNITED STATES OF AMERICA,

Plaintiff

vs.

Adrian Tejada-Garduza

Defendant(s)

CRIMINAL NO. 08mj 8512

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, William McCurine

IT IS HEREBY ORDERED that the following named person heretofore ~~committed~~ is remanded to the custody of the United States Marshal as a material witness ~~be released from custody~~: (Bond Posted / Case Disposed / Order of Court).

DATED: 8/21/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk

ROI-ANN BRESSI

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082