LAW OFFICES OF TAMARA D. DeHAAN
Tamara D. DeHaan, Esq., #113932
444 West C Street, Suite 350
San Diego, CA 92101-3533
Ph: (619) 544-0715 Fax: (619) 544-1215

Attorney for Material Witnesses

FILED

SEP - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**OF THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TEJADA-Garduza, et al.<br>Defendants. | Mag. Case No. 08mj8512<br><br>ORDER RELEASING MATERIAL WITNESS |

On application of Tamara D. DeHaan, Attorney for the below-named material witness, and upon completion of a videotaped deposition and stipulation of the parties,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:

**ADRIAN TEJADA-GARDUZA, Fed. Reg. #________**

DATED: September 5, 2008

UNITED STATES MAGISTRATE JUDGE

Approved as to form and content:

KAREN HEWITT
United States Attorney

Assistant U. S. Attorney

Attorney for Defendant

Attorney for Defendant